UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>PATRICK SMITH,<br><br>   Defendant.<br>_____ | )<br>)<br>)<br>) Case No. 07-MJ-278<br>)<br>)<br>) DETENTION ORDER<br>)<br>)<br>)<br>) |

Offenses Charged:

 Count 1:   Possession of Methamphetamine with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

 Count 2:   Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

Date of Detention Hearing: June 11, 2007.

 The Court, conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

 (1) Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

DETENTION ORDER                             15.13
18 U.S.C. § 3142(i)                            Rev. 1/91
PAGE 1

(2) Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

(3) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings or the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of June, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge